IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV751

| | |
|---|---|
| MATTHEM ALAN JENKINS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMES T. WARD, ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |

This matter is before the court upon notice of the bankruptcy court. The Appellant filed his Notice of Appeal on November 8, 2012. Appellant has failed to pay the required filing fee pursuant to 28 U.S.C. § 1930. On November 13, 2012, the Appellant was notified in writing and given ten days to pay the requisite filing fee. To date, no fee has been tendered. Accordingly,

IT IS THEREFORE ORDERED that this appeal is hereby DISMISSED.

Signed: December 3, 2012

Graham C. Mullen
United States District Judge