# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Matthew Alan Jenkins,

    Appellant,

JUDGMENT IN A CIVIL CASE

vs.

3:12-cv-00751-GCM

James T. Ward,

    Appellee.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/3/2012 Order.

Signed: December 3, 2012

Frank G. Johns, Clerk
United States District Court

SEALED DOCUMENT with access to All Parties/Defendants