IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON
3:12CV751

| MATTHEW ALAN JENKINS, | ) | |
|---|---|---|
| Appellant, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES T. WARD, | ) | |
| Appellee. | ) | |
| | ) | |

    This matter is before the Court upon the *pro se* Appellant's Motion to Reinstate Appeal. Appellant filed two notices of appeal from orders of the bankruptcy court, but only paid one filing fee of $298.00 pursuant to 28 U.S.C. § 1930. Appellant was notified in writing that the filing fee would be applied to the first order referenced in the Notice of Appeal, and that he would be given ten days to pay the second fee of $298.00. Appellant failed to pay the second filing fee. After being advised of such, this Court entered an Order inadvertently dismissing both appeals. As Appellant's filing fee was applied to the first order referenced in his Notice of Appeal, the Order Granting Trustee's Motion to Surcharge Debtor's Exemptions entered on October 30, 2012, the appeal from this Order is hereby reinstated.
    IT IS THEREFORE ORDERED that Appellant's Motion to Reinstate Appeal is hereby GRANTED.

Signed: May 30, 2013

Graham C. Mullen
United States District Judge